FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 28, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KASSONDRA JACKSON,<br><br>    Plaintiff,<br><br>    v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC, a Delaware limited liability company,<br><br>    Defendant. | NO. 2:19-CV-00146-SAB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

    Before the Court is the parties' Notice of Stipulated Voluntary Dismissal Pursuant to FRCP 41(a)(1)(A)(ii), ECF No. 16. The parties indicate the above-captioned action is voluntarily dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

    Accordingly**, IT IS HEREBY ORDERED:**

    1. The parties' Notice of Stipulated Voluntary Dismissal Pursuant to FRCP 41(a)(1)(A)(ii), ECF No. 16, is **GRANTED**.

    2. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' Stipulation, the above-captioned case is **dismissed** with prejudice and without costs, or attorney fees to either party.

//

**ORDER OF DISMISSAL WITH PREJUDICE** ~ 1

3. The District Court Executive is directed to **close** the file.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 28th day of May 2020.



_____
Stanley A. Bastian
United States District Judge

**ORDER OF DISMISSAL WITH PREJUDICE ~ 2**